RESPUBLICA *against* Keeper of the Prison of the City and County of Philadelphia.

To constitute an indenture of servitude, express words binding the servant as such to the master, are necessary.

A *HABEAS CORPUS ad subjiciendum* issued to have the body of John Connor confined in prison, before the court. It appeared by the return, that he had been committed by alderman Jennings, for refusing to serve his master Hugh Black, as a bound servant.

Black claimed him by - an indenture, executed in Europe, on 13th June 1797. Connor thereby " covenants, promises and grants to and with Black, his executors, administrators and assigns, from their first arrival at any port in America, to serve him for one year and a half, in such service as he shall employ him in, according to the custom of the country. Black covenants to pay his passage, and allow him meat, &c. and the usual allowance according to the custom of the country. Provided, if Connor pays Black or his assigns, nine guineas within six days after his arrival, then these presents to be void."

The validity of this contract, as an indenture of servitude, was submitted to the court without argument, by Mr. Todd, on the behalf of Black, and Mr. J. B. M'Kean, on the behalf of Connor.

The court were of the opinion, that it did not operate as an indenture of servitude. To such indentures, express words binding the servant as such, to the master seem necessary, and such is the constant form. · Where passengers come from Europe, under the character of redemptioners, new indentures are always deemed necessary, on non-payment of the money ; and the mode of acknowledgment is prescribed by a late act of assembly, passed on the 22d April 1794. 3 Dall. St. Laws, 567. Until this is done, the remedy on the part of the master is confined to a suit for the recovery of his debt ; and therefore Connor cannot now be considered as a bound servant, but must be discharged.